IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMI J. ORTON,<br><br>        Plaintiff,<br><br>vs.<br><br>CENTERPOINTE, INC., LUKE REIFF, and RYAN CARRUTHERS,<br><br>        Defendants. | 8:22CV382<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

This case is before the Court on the parties' Stipulation of Dismissal with Prejudice. [Filing 26](). The parties stipulate that this matter should be dismissed in its entirety with prejudice and with each party to pay its own costs and attorney fees. Accordingly,

IT IS ORDERED that the parties' Stipulation of Dismissal with Prejudice, [Filing 26](), is granted. This case is dismissed in its entirety with prejudice and with each party to pay its own costs and attorney fees.

Dated this 5th day of April, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1